IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LEE,

    Plaintiff,                    No. 2:12-cv-2211 KJN P

    vs.

DR. SWINGLE, et al.,

    Defendants.              ORDER

_____/

        Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed March 6, 2013, plaintiff's complaint was dismissed, and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: April 17, 2013

                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

lee2211.fta